Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA ACCESSORIES LTD.; *et al.*<br><br>Defendants. | Case No.: 2:17-cv-01335-GW-RAO<br><u>*Hon. George H. Wu Presiding*</u><br><br>**NOTICE OF SETTLEMENT OF ACTION** |

1

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff has reached a settlement agreement with all Defendants in this action. These Parties are currently in the process of memorializing the terms of the agreement and should be in a position to file a dismissal of this matter within thirty (30) days. This settlement will resolve this matter in its entirety. So owing, Plaintiff respectfully requests that the current hearings, dates, and deadlines be vacated or continued by thirty (30) days so that the parties can finalize performance of the terms of the agreement and file the appropriate dismissal.

Respectfully submitted,

Date: June 28, 2017      By:   /s/ *Trevor W. Barrett*
Scott A. Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff