Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATASHA ACCESSORIES LTD.; *et al.* <br><br> Defendants. | Case No.: 2:17-cv-01335-GW-RAO <br> *Hon. George H. Wu Presiding* <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br> ***[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]*** |

- 1 -

STIPULATION TO DISMISS ACTION

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendants on the other, hereby STIPULATE as follows:

1. This entire action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action, except that National Stores, Inc. reserves its right to pursue the recovery of its attorneys' fees and costs solely against Natasha Accessories Ltd. pursuant to a contractual indemnity agreement.

SO STIPULATED.

Dated: July 18, 2017   By:   */s/ Scott A. Burroughs*
            Scott A. Burroughs, Esq.
            Trevor W. Barrett, Esq.
            DONIGER / BURROUGHS
            Attorneys for Plaintiff

Dated: July 18, 2017   By:   */s/ Burton E. Falk*
            Burton E. Falk
            Michael B. Adreani
            ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
            Attorneys for Defendant
            National Stores, Inc., individually and doing business as "Fallas Paredes"

///

| | | | |
|---|---|---|---|
| Dated: July 18, 2017 | | By: | */s/ Matthew S. Urbach* |
| | | | Matthew S. Urbach |
| | | | Urbach Law Offices, PC |
| | | | Attorneys for Defendant |
| | | | Natasha Accessories Ltd. |
| | | | murbach@urbachlawoffices.com |

| | | | |
|---|---|---|---|
| Dated: July 18, 2017 | | By: | */s/ James C. Fedalen* |
| | | | James C. Fedalen |
| | | | HFL LAW GROUP, APC |
| | | | Attorneys for Defendant |
| | | | Top Quality Products, Inc. |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.