JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA ACCESSORIES LTD.; *et al.*<br><br>Defendants. | Case No.: CV 17-1335-GW(RAOx)<br>*Hon. George H. Wu Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This entire action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action, except that National Stores, Inc. reserves its right to pursue the recovery of its attorneys' fees and costs solely against Natasha Accessories Ltd. pursuant to a contractual indemnity agreement.

SO ORDERED.

Dated: July 19, 2017          By: _____
                                   HONORABLE GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE