JS-6

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10   ROYAL PRINTEX, INC.,

11

Plaintiff,

12

13   v.

14   NATASHA ACCESSORIES LTD.; *et al.*

15

16   Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: CV 17-1335-GW(RAOx)
*Hon. George H. Wu Presiding*

**ORDER ON   STIPULATION TO DISMISS  ACTION WITH PREJUDICE**

1

1

<u>ORDER</u>:

2    FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY

3 ORDERED:

4    1.    This entire action is hereby dismissed with prejudice pursuant to

5 Fed.R.Civ.P. 41(a)(1)(A)(ii);

6    2.    This dismissal is subject to and predicated upon the settlement

7 agreement that gave rise to this dismissal; and

8    3.    The parties will each bear their respective costs and attorneys' fees as

9 incurred against one another in connection with this action, except that National

10 Stores, Inc. reserves its right to pursue the recovery of its attorneys' fees and costs

11 solely against Natasha Accessories Ltd. pursuant to a contractual indemnity

12 agreement.

13

14 <u>SO ORDERED.</u>

15

16 Dated: July 19, 2017          By: _____

17                              HONORABLE GEORGE H. WU
                                UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION